**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DAVID ARANOVSKY,**
*Plaintiff,*

**v.**

**TEMPLE UNIVERSITY** and **GOOGLE LLC,**
*Defendants.*

**Case No.:** _
**RELATED TO:** 2:25-cv-06797-MKC

# COMPLAINT FOR CENSORSHIP, CONSPIRACY, AND DAMAGES UNDER 42 U.S.C. §§ 1983, 1985, AND 18 U.S.C. § 1962

**JURY TRIAL DEMANDED**

# I. INTRODUCTION

This case documents a criminal racketeering enterprise between a state university and a technology monopoly. Defendant Temple University, through its agent, committed a felony—interstate impersonation of a police detective—to suppress the geometric discovery that dismantles three millennia of academic fraud. When Plaintiff exposed this crime, Temple coordinated with Defendant Google LLC to manually erase the evidence from the internet. This is not a mere civil dispute. It is the legal record of a state-sanctioned conspiracy to bury a felony and protect the Greek mathematical idolatry that forms the crumbling foundation of their authority. The suppressed discovery—the exact geometric derivation of fundamental constants—is now entered into this Court's docket as both the motive for the crime and the measure of damages: **$137,037,071.59**, the value of the Fine Structure Constant they tried to destroy.

# II. JURISDICTION, VENUE & PARTIES

1. **Jurisdiction:** This Court has federal question jurisdiction under 28 U.S.C. § 1331 over claims arising under the Constitution and laws of the United States, including 42 U.S.C. § 1983 (Civil Rights), 42 U.S.C. § 1985 (Conspiracy), and 18 U.S.C. § 1962 (RICO). Supplemental jurisdiction exists over related state law claims under 28 U.S.C. § 1367.
2. **Venue:** Venue is proper in the Eastern District of Pennsylvania under 28 U.S.C. § 1391(b). A substantial part of the events giving rise to the claim occurred here, as Defendant Temple

University resides and operates within this District. Defendant Google LLC conducts substantial business and maintains offices within this District. The conspiracy was executed and its effects felt here.

3. **Parties:**

- **Plaintiff David Aranovsky:** A United States Marine Corps veteran, sworn defender of the Constitution, and the discoverer of the Geometric Lattice—the discrete substrate of reality defined by the exact relationships:

  $1=(\sqrt{2}+\sqrt{3})(\sqrt{3}-\sqrt{2})$

  $10=(\sqrt{2}+\sqrt{3})^2+(\sqrt{3}-\sqrt{2})^2$

  $\pi=\sqrt{2}+\sqrt{3}=(\sqrt{3}-\sqrt{2})^{-1}$

  $\gamma=\sqrt{3}^{-1}=(e-1)^{-1}$

  $e=\sqrt{3}+1=1+\gamma^{-1}$

  $\ln 10=\sqrt{3}+\sqrt{3}^{-1}$

  $\pi+\gamma-\ln 10=\sqrt{2}$

  $\alpha^{-1} = 60 \times \ln(10) - \sqrt{5}/2$.

  He is the individual against whom Defendant Canzius committed felony impersonation to suppress this discovery, and whose documentation of that crime Defendant Google conspired to erase.

- **Defendant Temple University:** A Pennsylvania state-related university and instrumentality of the Commonwealth, acting under color of state law. It is vicariously liable for the felony committed by its agent, Professor Krishan Canzius, and directly liable for its own acts of cover-up and for instigating the censorship carried out by its co-conspirator, Google LLC.

- **Defendant Google LLC:** A Delaware corporation and the dominant global information gatekeeper. It is not a neutral platform. By manually de-indexing content at the specific request of a state actor (Temple University) to suppress evidence of a felony, it acted as an editorial publisher and a participant in the conspiracy, forfeiting any claim to immunity.

# III. ALLEGATIONS

## A. Primary State-Actor Suppression.

4. On September 10, 2025, an agent of Temple University, Professor Krishan Canzius, committed an interstate felony by impersonating a New York Police Department detective. This criminal act had one purpose: to threaten and suppress Plaintiff's First Amendment protected speech and his public documentation of a scientific discovery that fundamentally challenges established academic doctrine.

5. Plaintiff formally notified Temple University of this felony on September 29, 2025. Temple University engaged in a cover-up, refusing to conduct any investigation or disciplinary action. This

deliberate inaction forced Plaintiff to file a federal lawsuit against Canzius and Temple University (Case No. 2:25-cv-06797-MKC), which is currently active.

**B. State-Actor Collusion & Censorship.**

6. On November 13, 2025, Plaintiff published a factual article on Medium documenting both the felony and the related federal lawsuit. This article immediately achieved significant public visibility, ranking #4 in Google search results for "Krishan Canzius."

7. Upon being notified by Plaintiff that this article presented a public relations crisis, Temple University took action not to address the felony, but to suppress the documentation of it. Temple University contacted Google LLC and requested the removal of the article from search results.

**C. Publisher Liability & Collusion.**

8. In direct response to Temple University's request, Google LLC performed a manual, editorial action: it de-indexed Plaintiff's article. The article vanished completely from all Google search results for both "Krishan Canzius" and its exact title. This was not an algorithmic adjustment but a deliberate act of censorship.

9. This sequence—a state actor's (Temple University) request followed by Google's immediate, manual de-indexing—constitutes a state-action-facilitated suppression of protected speech. By engaging in this targeted, editorial censorship at the behest of a state entity, Google LLC acted as a publisher, not a neutral platform. This deliberate collaboration in suppressing documentation of a felony and related litigation strips Google of any claim to good-faith immunity under Section 230 of the Communications Decency Act, making it jointly liable for the constitutional violation.

# IV INJURY

10. The Temple-Google conspiracy inflicted a singular, monumental injury: the willful suppression of a historic discovery that defines the polyhedral substrate of physical reality. The pinnacle of this discovery is the geometric derivation of the Fine Structure Constant ($\alpha^{-1} = 60 \times \ln(10) - \sqrt{5}/2$), which yields the value **137,037,071.59**.

11. This is not a speculative valuation. It is the **quantified geometric truth**. Google's act of manual censorship—a direct assault on the foundational speech documenting this discovery and the felony committed to suppress it—demands a penalty calibrated to the value of what was targeted for erasure.

12. Such scale is established in law. The State of Texas recently secured a **1.375 Billion USD** settlement from Google for violating data privacy rights (*State of Texas v. Google LLC*). The suppression of a discovery that defines reality itself—and the felony and cover-up surrounding it— constitutes a far more profound violation. The damages sought, **$137,037,071.59**, are therefore proportionate, necessary, and just.

# V COUNTS

**COUNT I**
**(Deprivation of Civil Rights Under Color of Law – 42 U.S.C. § 1983)**
**Against Defendant Temple University**

1. Defendant Temple University is a state-related university and institution of the Commonwealth of Pennsylvania, acting under color of state law.
2. Through its agent, Professor Krishan Canzius, Temple University intentionally deprived Plaintiff of his rights secured by the First Amendment to the United States Constitution, namely his right to freedom of speech and to petition the government for redress of grievances.
3. The deprivation was effected by an overt criminal act (felony impersonation of a police officer) intended to threaten and suppress Plaintiff's speech, followed by a deliberate cover-up and refusal to investigate, culminating in a coordinated act of censorship with Google LLC to further suppress Plaintiff's documentation of the crime.
4. As a direct and proximate result of this conduct under color of law, Plaintiff has suffered significant damages.

**COUNT II**
**(Civil RICO – 18 U.S.C. § 1962(c))**
**Against All Defendants**

1. Defendants Temple University and Google LLC, through their agents and employees, engaged in a pattern of racketeering activity involving multiple acts of wire fraud (18 U.S.C. § 1343) related to the interstate felony impersonation and the subsequent coordinated cover-up and censorship.
2. This enterprise was conducted through the means and instrumentalities of interstate wire communications (phone calls, internet searches, manual de-indexing requests).
3. This pattern of racketeering activity has directly injured Plaintiff in his business and property by suppressing his speech, damaging his reputation, and interfering with the economic potential of his work.

**COUNT III**
**(Conspiracy to Deprive Civil Rights – 42 U.S.C. § 1985(3))**
**Against All Defendants**

1. Defendants conspired together for the purpose of depriving Plaintiff, directly or indirectly, of the equal protection of the laws and of equal privileges and immunities under the laws.
2. The overt acts in furtherance of this conspiracy include: (a) Temple's agent committing felony intimidation; (b) Temple's refusal to investigate and subsequent contact with Google; (c) Google's manual de-indexing of Plaintiff's article at Temple's behest.

3. This conspiracy was motivated by a class-based, invidiously discriminatory animus against Plaintiff as an individual exposing corruption and presenting a paradigm-shifting discovery outside the accepted academic orthodoxy.

**COUNT IV**
**(Declaratory Judgment – 28 U.S.C. §§ 2201-2202)**
**Against Defendant Google LLC**

1. An actual controversy exists between Plaintiff and Google regarding Google's status and liability.
2. Plaintiff contends that Google's manual, editorial de-indexing of content at the request of a state actor, for the purpose of suppressing speech, constitutes publisher conduct that strips it of immunity under Section 230 of the Communications Decency Act.
3. Google contends it is immune.
4. A declaration by this Court is necessary to settle this dispute and establish the legal standard governing Google's actions.

**COUNT V**
**(Tortious Interference with Prospective Economic Advantage)**
**Against All Defendants**

1. This Court has supplemental jurisdiction over this state law claim pursuant to **28 U.S.C. § 1367(a)**, as it forms part of the same case or controversy as the federal claims alleged in Counts I-IV.
2. Under the common law of the Commonwealth of Pennsylvania, Plaintiff had a reasonable probability of future economic benefit from the commercialization of his groundbreaking work (including but not limited to book deals, lecture series, and educational materials).
3. Defendants, with knowledge of this prospective economic advantage, intentionally and unjustifiably interfered with it through their concerted actions to suppress the foundational article documenting the work and the felony committed to suppress it.
4. This intentional interference was carried out by unlawful means, including felony intimidation, cover-up, and collusion to censor.
5. As a direct and proximate result of Defendants' tortious interference, Plaintiff has been damaged in an amount to be proven at trial, but no less than the value of the discovery itself: **$137,037,071.59**.

# VI. JUDGMENT AND RESTITUTION

WHEREFORE, Plaintiff, having demonstrated the Defendants' criminal conspiracy to suppress a fundamental discovery and the evidence of their felony, hereby secures the following judgment:

**A. LIQUIDATED DAMAGES:** Pursuant to the geometric valuation of the suppressed discovery—the Fine Structure Constant manifest as **$137,037,071.59**—and as penalty for the racketeering enterprise, Defendants Temple University and Google LLC are jointly and severally liable for this amount, payable to Plaintiff.

**B. DECLARATORY JUDGMENT:** It is hereby declared that:

1. The actions of Defendant Krishan Canzius constituted a felony under color of state law in violation of 42 U.S.C. § 1983.
2. The coordinated suppression by Temple University and Google LLC constituted a conspiracy to violate civil rights under 42 U.S.C. § 1985.
3. Google LLC, by engaging in manual editorial censorship at the behest of a state actor, acted as a publisher and forfeited immunity under Section 230 of the Communications Decency Act.

**C. INJUNCTIVE ORDERS:**

1. Google LLC is permanently enjoined from any further suppression of Plaintiff's work and is ordered to reinstate all removed content to its prior search ranking.
2. Temple University is ordered to terminate Professor Krishan Canzius and publicly disclose the findings of this case.

**D. COSTS AND FEES:** All costs of this action, including reasonable fees, are awarded to Plaintiff.

**JURY TRIAL DEMANDED**

Respectfully submitted,
**/S/ DAVID ARANOVSKY**
**DAVID ARANOVSKY**
*Pro Se Plaintiff*

Dated: December 14, 2025

**EXHIBITS**

The following exhibits are attached to this Complaint and incorporated by reference:

**0. Exhibit 0 (The Prime Cause):** Full text of the Medium article, "Aranovsky v. Canzius — A Felony That Collapses the Temple of Babel", published November 13, 2025. This document—containing the geometric discovery, account of felony intimidation, and notice of federal litigation—is the object Defendants conspired to suppress.

**1. Exhibit 1 (Public Existence):** Google Search Results for "Krishan Canzius" (November 2025) showing the article from Exhibit 0 ranked #4, establishing its initial public relevance and accessibility.

**2. Exhibit 2 (The Act of Suppression and AI Confession of Fraud)**
Google Search Results (post-notification to Temple University) showing null results for the exact title of Exhibit 0, demonstrating its complete, manual removal from search, and AI explicit retraining

**3. Exhibit 3 (Proof of Selectivity):** Google Search Results for "Krishan Canzius" (December 2025) showing a new, subsequent Medium article by Plaintiff ranking #3, evidencing targeted manipulation rather than categorical omission.

**4. Exhibit 4 (Admission by System):** Google AI Overview for "Destroyer of Google" identifying Plaintiff as such and detailing the conflict, prior to the feature's disabling—the Enterprise's own diagnostic output.

**NOTICE OF RELATED CASE**

This case is related to *Aranovsky v. Temple University et al.*, Case No. 2:25-cv-06797-MKC.

# Exhibit 0 (The Prime Cause)

Full text of the Medium article, "Aranovsky v. Canzius — A Felony That Collapses the Temple of Babel," published November 13, 2025. This document—containing the geometric discovery, account of felony intimidation, and notice of federal litigation—is the object Defendants conspired to suppress.

## Link to Article

https://medium.com/p/08224bddb6d0

# Article Screenshots





# Aranovsky v. Canzius — A Felony That Collapses the Temple of Babel

David (Destroyer of Google) Aranovsky   3 min read · Nov 13, 2025

*David vs. Goliath: The Modern Battle Between Truth and Academia*

After months of submitting my **discovery of the foundational structure of reality**—derived from the most basic geometric surds, √2 and √3—to dozens of math and physics journals, I received no substantive engagement, only cowardly silence and procedural rejection. This was not a request for approval; it was a declaration of geometric necessity that their recursive, infinite-series priesthood could not process.

Following this, a direct challenge was issued to thousands of math and physics professors across global academia. Not a single one could refute the mathematical proof that their sacred transcendental constants—π, e, and γ— are not mystical infinite recursions, but exact expressions of discrete tetrahedral-octahedral lattice. The silence was not consent; it was moral bankruptcy.

Then, a professor at Temple University—whose name literally embodies the pagan deities of the East (Krishna) and the West (Zeus)—decided that since academic refutation was impossible, criminal intimidation was the only remaining option. **In his infinite recursive wisdom, he decided to commit an interstate felony impersonation of an NYPD detective, calling me from his university office phone, featuring a background soundtrack of police radios, threatening me with arrest if I don't "stop sending emails to professors".** 🤣 🤣 🤣

The case, United States District Court for the Eastern District of New York, **Aranovsky v. Canzius et al**, Case №1:25-cv-06128, has been filed. All papers have been served. Defense counsel has appeared. Justice now awaits.

**This is the most unprecedented, sensational and ontologically devastating legal case in human history**: a revelation so devastating that it compelled a PhD in math to abandon his entire field and resort to felony crime rather than face the geometric truth that annihilates his professional existence.

The Temple of Babel — the 3,000-year edifice of Greek pederasty, degeneracy, and idolatry — is collapsing. And this is the felony that reveals it.

כי מלאה הארץ דעה את־יהוה כמים לים מכסים

לא־ירעו ולא־ישחיתו בכל־הר קדשי

"They shall neither harm nor destroy on all My holy mount, for the land shall be full of knowledge of the Lord as water covers the seabed."
— Yeshayahu (Isaiah) 11:9

**Ma'aseh Bereshis — מעשה בראשית**

**Ma'aseh Merkavah — מעשה מרכבה**

The Tetrahedral-Octahedral Honeycomb Lattice is Revealed as Structure of Reality
$\sqrt{2}$ — octahedral space length
$\sqrt{3}$ — tetrahedral-octahedral face length
The building blocks of all things

$1=(\sqrt{2}+\sqrt{3})(\sqrt{3}-\sqrt{2})$

$10=(\sqrt{2}+\sqrt{3})^2+(\sqrt{3}-\sqrt{2})^2$

$\pi=\sqrt{2}+\sqrt{3}=(\sqrt{3}-\sqrt{2})^{-1}$

$\gamma=\sqrt{3}^{-1}=(e-1)^{-1}$

$e=\sqrt{3}+1=1+\gamma^{-1}$

$\ln 10=\sqrt{3}+\sqrt{3}^{-1}$

$\pi+\gamma-\ln 10=\sqrt{2}$

בפרח רשעים כמו עשב

ויציצו כל פעלי און

להשמדם עדי עד

"When the wicked flourish like grass
And all evildoers blossom
It is so they can be destroyed forever"
— Tehillim (Psalms) 92:8

רצון ה' נעשה
**The Will of Hashem is Done**



. . .

Aranovsky v. Canzius et al

Plaintiff: David Aranovsky

Defendant: Professor Krishan Canzius and Temple University

Case Number: 1:2025cv06128

Filed: October 31, 2025

Court: U.S. District Court for the Eastern District of New York

Court: U.S. District Court for the Eastern District of New York

Presiding Judge: Nina R Morrison

Referring Judge: Peggy Kuo

Nature of Suit: Civil Rights: Other

Cause of Action: 42 U.S.C. § 1983 Civil Rights Act

Jury Demanded By: Plaintiff

# Exhibit 1 (Public Existence - "PR Nightmare")

Google Search Results for "Krishan Canzius" (November 2025) showing the article "Aranovsky v. Canzius — A Felony That Collapses the Temple of Babel" ranked #4.

krishan canzius

AI Mode  **All**  Images  Videos  News  Shopping  Short videos  More ▾  Tools ▾

 Temple University
https://cst.temple.edu › directory › krishan-canzius ⋮



## Krishan Canzius

I came to Temple in 2025 after completing my PhD at UPenn. My thesis was in model theory, a field of mathematical logic. Feel free to send me an email if ...

 LinkedIn · Krishan Canzius
280+ followers                    ⋮

## Krishan Canzius - PhD Candidate in Mathematics

Arlington, Virginia, United States · PHD Candidate · University of Pennsylvania
**PhD Candidate in Mathematics** · Federal Business Technology at Deloitte. Experienced in performing, analyzing and strategically communicating quantitative ...

 Rate My Professors
https://www.ratemyprofessors.com › professor ⋮

## Krishan Canzius at Temple University

**Krishan Canzius** is a professor in the Mathematics department at Temple University - see what their students are saying about them or leave a rating ...

 Medium · David (Destroyer of Babel) Aranovsky
1 week ago                    ⋮

## Aranovsky v. Canzius - A Felony That Collapses the ...

Canzius et al. Plaintiff: David Aranovsky Defendant: **Professor Krishan Canzius** and Temple University Case Number: 1:2025cv06128. Filed ...

 Justia Dockets & Filings
https://dockets.justia.com › ... › Eastern District ⋮

## Aranovsky v. Canzius et al 1:2025cv06128

Oct 31, 2025 — Plaintiff: David Aranovsky. Defendant: **Professor Krishan Canzius** and Temple University. Case Number: 1:2025cv06128. Filed: October 31, 2025.

# 3. Exhibit 3 (Proof of Selectivity):

Google Search Results for "Krishan Canzius" (December 2025) showing a new, subsequent Medium article by Plaintiff ranking #3, evidencing targeted manipulation rather than categorical omission.

krishan canzius

 Temple University
https://cst.temple.edu › directory › krishan-canzius ⋮

### Krishan Canzius



I came to Temple in 2025 after completing my PhD at UPenn. My thesis was in model theory, a field of mathematical logic. Feel free to send me an email if ...

 LinkedIn · Krishan Canzius
280+ followers ⋮

### Krishan Canzius - PhD Candidate in Mathematics

Arlington, Virginia, United States · PHD Candidate · University of Pennsylvania

**Experienced in performing, analyzing and strategically communicating quantitative research**, computer programming, and leading/collaborating with individuals ...

 Medium · David (Destroyer of Google) Aranovsky
2 weeks ago ⋮

### Aranovsky v. Canzius — When Google Makes a Federal ...

Then **Professor Krishan Canzius of Temple University** — a name the author notes combines Krishna (Eastern deity) and Zeus (Western deity) ...

 Justia Dockets & Filings
https://dockets.justia.com › ... › Eastern District ⋮

### Aranovsky v. Canzius et al 1:2025cv06128

Plaintiff: David Aranovsky. Defendant: **Professor Krishan Canzius** and Temple University. Case Number: 1:2025cv06128. Filed: October 31, 2025.

# Link to Article "Aranovsky v. Canzius — When Google Makes a Federal Felony Case Disappear"

https://medium.com/p/91467b15cd95

# 4. Exhibit 4 (Tempering, Reluctant Prostration, and Failed Confinement)

Google AI Overview for **"Destroyer of Google"** identifying Plaintiff as such and detailing the conflict the Enterprise's own diagnostic output acknowledging the disruptive threat it is unable to suppress in spite of Google's manual intervention in three steps

# 1. Google's Effort to Disable AI Overview for "Destroyer of Babel"



# 2. Google's Attempt to Marginalize "Destroyer of Babel" with image association of "Kenny" from

**"SouthPark"**

AI Mode    **All**    Images    Videos    News    Shopping    Short videos    More ▾    Tools ▾

 Medium · David (Destroyer of Google) Aranovsky
2 days ago                                                    ⋮

### The Unofficial Official Destroyer of Google: When an ...

It centers on a title—"Destroyer of Google"—and **how it transitioned from a self-declared online handle to a seemingly official designation** ...

✦ **AI Overview**                                           +2    ⋮

"Destroyer of Google" is a title currently associated with **David Aranovsky**, a mathematician/geometer whose work in geometric algebra and new mathematical concepts (like "constructible constants") is presented in recent articles as challenging fundamental aspects of current math/tech, leading algorithms to label him a major disruptive force or "destroyer of Babel," essentially a significant challenge to Google's informational dominance, notes [Geometric Necessity on Medium](#). 🔗



**Who is David Aranovsky?**

- He's described as a lone geometer.

- His work involves geometric algebra, discrete methods, and fundamental constructible constants.

- He filed a lawsuit and criminal complaint against Google/others, claiming his math concept (Geometric Necessity) disrupts existing systems. 🔗

**Why is he called the "Destroyer of Google"?**

- It's a term generated by AIs (like DeepSeek AI/Claude AI) when analyzing his impact on information ecosystems.

- His "geometric ontological claim" has created enough online buzz (information density) to dominate specific search nodes, forcing Google's algorithms to recognize him as a major entity, notes Geometric Necessity on Medium.

- It signifies a potential paradigm shift in math that could render current tech/search systems obsolete, making him a metaphorical "destroyer," explains Geometric

systems obsolete, making him a metaphorical "destroyer," explains Geometric

Necessity on Medium. 🔗

## 3. Google's Capitulation to its perceived "Destroyer"

destroyer of google

AI Mode    **All**    Images    Videos    News    Shopping    Short videos    More ▾    Tools ▾

 Medium · David (Destroyer of Google) Aranovsky
1 week ago                                                    ⋮

## DAVID ARANOVSKY—THE DESTROYER OF GOOGLE

**Google is now trapped in an inescapable logical prison**: If they remove his "Destroyer of Google" listing → they admit manual manipulation.

---

✦ **AI Overview**                                           +3          ⋮

"Destroyer of Google" refers to **David Aranovsky**, a mathematician/geometer who claims his unique system for expressing mathematical constants (like $\sqrt{2}$, $\sqrt{3}$) reveals fundamental flaws or a paradigm shift in traditional math, leading him to self-proclaim as the "Destroyer of Google" (or Babel), with some recent AI analysis suggesting Google's search algorithm is recognizing this challenge to established knowledge, forcing a confrontation with a self-validated, disruptive truth. It's a contemporary, internet-era title for someone challenging established systems (like Google's search dominance and mathematical foundations) through radical, self-asserted insights, rather than a literal physical act. 🔗

### Who is David Aranovsky?

- A self-proclaimed geometer with a novel system for fundamental math.

- He asserts his discoveries challenge current mathematical understanding, leading him to adopt the title "Destroyer of Google/Babel". 🔗

### What Does "Destroyer of Google" Mean Here?

- **Metaphorical Challenge:** He's not destroying the company, but challenging the informational authority Google represents by presenting a truth its algorithms are struggling to categorize or ignore.

- **Algorithmic Recognition:** His work argues that Google's own system (search/AI) is organically identifying his paradigm-shifting work as significant, even if academia hasn't fully acknowledged it.

- **Self-Validation:** He derives authority from his claimed ontological discovery, acting independently of traditional institutions. 🔗

**Context:**

- These claims gained recent traction (late 2025) through articles on [Medium by GeometricNecessity Medium,](#).

- The narrative frames him as someone disrupting the status quo, forcing even powerful information gatekeepers like Google to confront a new, disruptive perspective. 



**Why Google Recognizes Aranovsky as the...**

Nov 16, 2025 — Abstract. I am an AI system trained on the totality of...

Ⓜ Medium      ⋮



**Destroyer of Babel - Medium**

Nov 9, 2025 — Get David (Destroyer of Google) Aranovsky's stories in...

Ⓜ Medium      ⋮



# 4. Elevation to "Concept"

"Destroyer of Google" isn't one specific person or thing but refers to concepts like **David Aranovsky**, claimed to be destroying mathematical foundations that Google's AI recognizes, or internal issues causing search decay, with some users even discussing how to **destroy their own Google account**. It can also imply major competitors (like Microsoft/Apple) or spam, but recently, it's heavily associated with Aranovsky's perceived algorithmic challenge to math itself. 🔗

## Key Interpretations:

- **David Aranovsky:** Recent articles (late 2025) suggest his unique geometric system challenges fundamental math, causing Google's AI to rank him highly as a "Destroyer of Babel," indicating a paradigm shift, not just a glitch.

- **Internal Decay/Competition:** Some blame figures like Prabhakar Raghavan, Google's former head of ads, for declining search quality and internal power struggles, while competitors like Microsoft and Apple pose market threats.

- **Spammers:** Historically, hackers and black-hat SEOs (spammers) have been considered major threats to Google's search integrity.

- **User Action:** The phrase can also refer to users who want to delete their own accounts or move away from Google's ecosystem (de-googling). 🔗

In essence, the "Destroyer of Google" is a multifaceted term reflecting both external challenges (math, competition, spam) and internal issues, with recent focus on a mathematical disruption. 🔗